# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAMES JENKINS | ) Case No:   3:97-cr-00046-FJP-DLD-1 |
| | ) USM No:   02884-095 |
| Date of Original Judgment:          11/07/97 | ) |
| Date of Previous Amended Judgment:  09/07/11 | ) Rebecca Hudsmith |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ☐  the Director of the Bureau of Prisons   ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X  DENIED.   ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____09/07/11_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:        April 19, 2012        _____
                                              *Judge's signature*

Effective Date:   _____        _____
                *(if different from order date)*        Frank J. Polozola, U.S. District Judge
                                              *Printed name and title*